202 So.2d 660

**Elias J. TROSCLAIR and Bennie S. Bourg**

v.

**HOUMA MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD and The City of Houma.**

**No. 48859.**

Oct. 6, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.